FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GUIDEONE MUTUAL INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BROAD-OCEAN TECHNOLOGIES, LLC, GOODMAN COMPANY, LP; and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | No. 2:21-CV-00209-MKD<br><br>ORDER DISMISSING ACTION<br><br>**ECF No. 32** |

Before the Court is the parties' Stipulation for Dismissal of Entire Action. ECF No. 32. The parties stipulate that the above action be dismissed with prejudice as to all claims pursuant to Fed. R. Civ. P. 41(a)(1). The stipulation has been signed by all parties who have appeared in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulation for Dismissal of Entire Action, **ECF No. 32**, is **ACCEPTED**.

ORDER DISMISSING ACTION - 1

2.	This action, including all claims and counterclaims against all parties, shall be **DISMISSED with prejudice**, with all parties to bear their own costs and attorney fees.

3.	Any pending motions are **DENIED as moot**.

4.	All hearings and other deadlines are **STRICKEN**.

5.	The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED October 18, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION - 2